**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | 06-04274M-001-PCT-MEA |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| BLAIR AARON ALCOTT, ) | |
|     Defendant. ) | |
| _____ ) | |

    The defendant appeared in court and admitted to violating the terms of his supervised release as alleged in paragraphs D, E, F, G and H of the Petition to Revoke Supervised Release. Based upon those admissions, the court finds the defendant has violated the conditions of his supervised release.

    IT IS ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for a period of **THIRTY (30) DAYS,** with credit for time served, and as a condition of supervised release the defendant shall remain in custody beyond the 30 days as necessary until bed-space becomes available in BSS Florence.

    IT IS FURTHER ORDERED reinstating the defendant on supervised release for a remaining **ELEVEN (11) MONTHS** subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

    1. You must successfully complete a substance abuse treatment program. Defendant is to remain in custody until bed-space is available at a halfway house (BSS Florence) and shall remain at the halfway house for up to 180 days at the direction of his probation officer.

1
2     IT IS FURTHER ORDERED that allegations A, B and C are DISMISSED upon oral
3  motion of the United States.
4     DATED this 14th day of May, 2008.
5
6                          _____
                                Mark E. Aspey
7                          United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28