1   **WO**

2

3

4               IN THE UNITED STATES DISTRICT COURT

5                FOR THE DISTRICT OF ARIZONA

6

7   United States of America,         )
                           )
                           )    06-04274M-001-PCT-MEA

8           Plaintiff,           )
                           )    **AMENDED ORDER**

9   vs.                       )
                           )

10   BLAIR AARON ALCOTT,        )
                           )

11           Defendant.        )
                           )

12   _____)

13

14

15         The defendant appeared in court and admitted to violating the terms of his supervised

16 release as alleged in paragraphs D, E, F, G and H of the Petition to Revoke Supervised

17 Release. Based upon those admissions, the court finds the defendant has violated the

18 conditions of his supervised release and his supervised release is revoked.

19         IT IS ORDERED  that the defendant is hereby committed to the custody of the Bureau

20 of Prisons for a period of **THIRTY (30) DAYS,** with credit for time served.

21         IT IS FURTHER ORDERED placing the defendant on supervised release for a period

22 of **ELEVEN (11) MONTHS** subject to the previously ordered conditions and special

23 conditions.  In addition, the following conditions are imposed:

24         1. You must successfully complete a substance abuse treatment program.  Defendant

25 is to remain in custody until bed-space is available at a halfway house (BSS Florence) and

26 shall remain at the halfway house for up to 180 days at the direction of his probation officer.

27

28

1    IT IS FURTHER ORDERED that allegations A, B and C are DISMISSED upon oral

2  motion of the United States.

3         DATED this 20th day of May, 2008.

4

5

6  _____
                       Mark E. Aspey
7             United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28