**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America, )
                   )
        Plaintiff, )
                   )
vs. )
                   )
                   )
Blair Aaron Alcott, )
                   )
        Defendant. )
_____ )

06-04274M-001-PCT- EA

**ORDER**

The defendant appeared in court and admitted to violating the conditions of his Supervised Release as contained in the Petition to Revoke.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIX (6) MONTHS**.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

DATED this 26th day of August, 2008.

_____
Mark E. Aspey
United States Magistrate Judge